FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2011 FEB -2 P 12: 18

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Docket No: 1:_____ |
| v. | ) |
| | ) |
| AMY E. SCHUMACHER, | ) |
| Defendant. | ) |

## CRIMINAL INFORMATION

(COUNT I – CLASS A MISDEMEANOR)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 1, 2010, at Joint Base Fort Myer / Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, AMY E. SCHUMACHER, did steal merchandise of a value less than $1000, the property of the United States, to wit: eight items of Lancome skin care products, one bottle of Donna Karen perfume, and three items of Godiva chocolates on said Fort from the Army and Air Force Exchange.

(Violation of Title 18, United States Code, Section 641)

Respectfully submitted,

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

By: _____
PATRICK J. CASHMAN
Special Assistant United States Attorney
Office of the United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (202) 685-5219
Fax:    (202) 685-5454
Patrick.cashman@jfhqncr.northcom.mil

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the \_\_\_2nd\_\_\_ day of February 2011, a true and correct copy of the foregoing Criminal Information was mailed, postage prepaid, to the home address of AMY E. SCHUMACHER.

By: /s/ Patrick J. Cashman
PATRICK J. CASHMAN
Special Assistant United States Attorney
Office of the United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (202) 685-5219
Fax: (202) 685-5454
Patrick.cashman@jfhqncr.northcom.mil